# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | DOCKET NO.: 3:13CR89-FDW-DCK |
| v. ) | **ORDER** |
| (1) SARMA G. M. PINGALI ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Bill of Indictment numbered above and Arrest Warrant be unsealed,

**IT IS HEREBY ORDERED** that the Bill of Indictment and Arrest Warrant be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 4th day of June, 2013.

_____
DAVID C. KESSLER
UNITED STATES MAGISTRATE JUDGE