IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CR-089-FDW-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| SARMA G. PINGALI, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) filed by William R. Heroy, concerning Khagendra Gharti-Chhetry on June 10, 2013. Mr. Gharti-Chhetry seeks to appear as counsel *pro hac vice* for Defendant Sarma G.M. Pingali. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) is **GRANTED.** Mr. Gharti-Chhetry is hereby admitted *pro hac vice* to represent Defendant Sarma G.M. Pingali.

**SO ORDERED**.

Signed: June 11, 2013

David C. Keesler
United States Magistrate Judge